```
                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF MISSISSIPPI
                          NORTHERN DIVISION
```

JERMAINE T. JACKSON                                         PETITIONER

V.                             CIVIL ACTION NO. 3:22-cv-471-TSL-MTP

WARDEN C. HARRISON                                          RESPONDENT

ORDER

This cause is before the court on the report and recommendation of Magistrate Judge Michael T. Parker entered on January 12, 2024, recommending that Jackson's § 2241 petition be dismissed for failure to exhaust his administrative remedies. Petitioner Jermaine T. Jackson has not filed an objection and the time for doing so has expired. Having reviewed the report and recommendation, the court concludes that the report and recommendation is well taken and hereby adopts, as its own opinion, the magistrate judge's report and recommendation.

Based on the foregoing, it is ordered that the report and recommendation of United States Magistrate Judge Michael T. Parker entered on January 12, 2024, be, and the same is hereby, adopted as the opinion of this court. Accordingly, it is ordered that the petition is dismissed for failure to exhaust.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 9th day of February, 2024.

                              /s/ Tom S. Lee
                           UNITED STATES DISTRICT JUDGE